IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PHILLIP DOUGLAS JACOBS,         :

      Plaintiff              :       Civil Action 2:09-cv-282

v.                              :       Judge Marbley

TERRY J. COLLINS, *et al.*,     :       Magistrate Judge Abel

      Defendants.            :

## ORDER

On July 16, 2009, the Court issued an order adopting the Magistrate Judge's report and recommendation that Plaintiff's application to proceed *in forma pauperis* be granted (Doc. 18). At that time, the Court ordered Plaintiff to pay the $350 filing fee within thirty days. The docket indicates that Plaintiff has failed to pay the entire filing fee. Consequently, it is hereby **ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE**.

                                              s/Algenon L. Marbley
                                              United States District Judge